of Appeals for the Third Circuit denied. *Mr. Robert P. Shick* for petitioner. *Mr. Caleb J. Bieber* for respondent.

No. 156. Schefman et al. *v.* De Groot, Trustee. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Clare J. Hall* for petitioners. No appearance for respondent.

No. 157. Trinidad Asphalt Mfg. Co. *v.* Western Willite Co. et al. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Howard G. Cook* for petitioner. *Messrs. S. Mayner Wallace, Gurney E. Newlin,* and *George Eigel* for respondents.

No. 158. Fidelity & Deposit Co. of Maryland *v.* Burden; and
No. 159. Same *v.* Same. October 14, 1929. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph F. Murray* for petitioner. *Mr. Charles S. Aronstam* for respondent.

No. 160. Gill *v.* Smith. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Carey Van Fleet* for petitioner. *Mr. Malcolm McAvoy* for respondent.

No. 161. Jonesboro Grocer Co. *v.* United States. October 14, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Donald Horne* for peti-